BLANK ROME LLP
Michael L. Ludwig (SBN 173850)
Ludwig@BlankRome.com
Caroline Powell Donelan (SBN 268762)
CDonelan@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

BLANK ROME LLP
Anthony B. Haller (*pro hac vice*)
Haller@BlankRome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: 215.569.5690
Facsimile: 215.832.5690

Attorneys for Defendants,
DePuy Synthes Sales, Inc.,
Johnson & Johnson Services, Inc.,
Synthes, Inc., and Synthes USA Sales, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. RUSSELL, JR. and JONATHAN SASSANI,<br><br>Plaintiffs,<br>v.<br><br>DEPUY SYNTHES SALES, INC.; JOHNSON & JOHNSON SERVICES, INC.; SYNTHES, INC.; and SYNTHES USA SALES, LLC,<br><br>Defendants. | Case No.: 3:15-cv-03173-EMC<br><br>[Assigned to Hon. Edward M. Chen]<br><br>**NOTICE OF TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Complaint filed: July 8, 2015<br><br>Date: November 24, 2015<br>Time: 9:30 a.m.<br>Place: Courtroom 5 |

NOTICE OF TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE
090725.02388/101720342V.1

1  PLEASE TAKE NOTICE that Caroline P. Donelan, attorney for Defendants,
2  DePuy Synthes Sales, Inc., Johnson & Johnson Services, Inc., Synthes, Inc., and
3  Synthes USA Sales, LLC will appear by telephone through CourtCall, LLC for the
4  November 24, 2015 Case Management Conference at 9:30 a.m. in Courtroom 5,
5  17th Floor.

7  DATED: November 17, 2015    BLANK ROME LLP

9                               By:  /s/ Michael L. Ludwig
                                      Michael L. Ludwig
10                                   *Attorneys for Defendants,*
                                      DePuy Synthes Sales, Inc.,
11                                   Johnson & Johnson Services, Inc.,
                                      Synthes, Inc., and Synthes USA Sales, LLC

```
Denied.  Parties must appear
in person.
_____
Edward M. Chen
U.S. District Judge
```

**DENIED** — Judge Edward M. Chen, United States District Court, Northern District of California

---

NOTICE OF TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE
090725.02388/101720342V.1