HUNTER PYLE, SBN 191125
RACHEL EVANS, SBN 291876
**SUNDEEN SALINAS & PYLE**
428 Thirteenth Street, Eighth Floor
Oakland, California 94612
Telephone:(510) 663-9240
Facsimile: (510) 663-9241
hpyle@ssrplaw.com; revans@ssrplaw.com

*Attorneys for Plaintiffs*
Michael A. Russell Jr. and Jonathan Sassani

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MICHAEL A. RUSSELL JR. and JONATHAN SASSANI,

Plaintiffs,

v.

SYNTHES, INC.; DEPUY SYNTHES SALES, INC.; JOHNSON & JOHNSON SERVICES, INC.; and SYNTHES USA SALES, LLC,

Defendants.

Case No. 3:15-cv-03173-EMC

**NOTICE OF TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

**Date:** **November 24, 2015**
**Time:** **9:30 a.m.**
**Location:** **Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California**
**Judge:** **Hon. Edward M. Chen**

Action Filed: June 8, 2015

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Hunter Pyle, attorney for Plaintiffs MICHAEL A. RUSSELL JR. and JONATHAN SASSANI, will appear by telephone through CourtCall, LLC for the Case Management Conference on November 24, 2015 at 9:30 a.m. in Courtroom 5, 17th Floor of the above-titled court, the Honorable Edward M. Chen presiding.

Respectfully Submitted,

Dated: November 19, 2015

SUNDEEN SALINAS & PYLE

By: /s/ *Hunter Pyle*
Hunter Pyle

HUNTER PYLE, SBN 191125
RACHEL EVANS, SBN 291876
**SUNDEEN SALINAS & PYLE**
428 Thirteenth Street, Eighth Floor
Oakland, California 94612
Telephone: (510) 663-9240
Facsimile: (510) 663-9241
hpyle@ssrplaw.com; revans@ssrplaw.com

*Attorneys for Plaintiffs*
Michael A. Russell Jr. and Jonathan Sassani

Denied. Counsel must appear in person.

Edward M. Chen
U.S. District Judge

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Edward M. Chen