HUNTER PYLE, SBN 191125
RACHEL EVANS, SBN 291876
**SUNDEEN SALINAS & PYLE**
428 Thirteenth Street, Eighth Floor
Oakland, California 94612
Telephone:(510) 663-9240
Facsimile: (510) 663-9241
hpyle@ssrplaw.com; revans@ssrplaw.com

*Attorneys for Plaintiffs*
Michael A. Russell Jr. and Jonathan Sassani

*Additional Counsel Listed Below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. RUSSELL JR. and JONATHAN SASSANI,<br><br>Plaintiffs,<br><br>v.<br><br>SYNTHES, INC.; DEPUY SYNTHES SALES, INC.; JOHNSON & JOHNSON SERVICES, INC.; and SYNTHES USA SALES, LLC,<br><br>Defendants. | Case No. 3:15-cv-03173-EMC<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**<br><br>**Date:** **December 17, 2015**<br>**Time:** **9:30 a.m.**<br>**Location:** **Courtroom 5, 17th Floor**<br>**450 Golden Gate Avenue**<br>**San Francisco, California**<br>**Judge:** **Hon. Edward M. Chen**<br><br>Action Filed: June 8, 2015 |

Case No. 3:15-cv-03173-EMC
SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BLANK ROME LLP**
Michael L. Ludwig (SBN 173850)
Ludwig@BlankRome.com
Caroline P. Donelan (SBN 268762)
CDonelan@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

**BLANK ROME LLP**
Anthony B. Haller (*pro hac vice*)
Haller@BlankRome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: 215.569.5690
Facsimile: 215.832.5690

*Attorneys for Defendants*
Synthes, Inc.; Depuy Synthes Sales, Inc.;
Johnson & Johnson Services, Inc.; and Synthes USA Sales, LLC

Case No. 3:15-cv-03173-EMC
SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT

1    Plaintiffs MICHAEL A. RUSSELL JR. and JONATHAN SASSANI ("Plaintiffs") and
2 Defendants SYNTHES, INC.; DEPUY SYNTHES SALES, INC.; JOHNSON & JOHNSON
3 SERVICES, INC.; and SYNTHES USA SALES, LLC ("Defendants") (collectively, the "Parties")
4 hereby submit this Supplemental Case Management Statement.
5    The Parties have reached settlement. On November 23, 2015, Plaintiffs each filed a Notice
6 of Acceptance of Defendants' Rule 68 Offer of Judgment. The Parties have come to a mutual
7 agreement regarding Defendants' payment of attorneys' fees and costs to Plaintiffs.
8    The Parties will promptly file a joint stipulation of judgment with this Court. The Parties do
9 not anticipate that any conflicts or issues will arise that will require the Court's attention prior to
10 filing the joint stipulation of judgment.

13  Dated: December 10, 2015          SUNDEEN SALINAS & PYLE

15                                    By:   /s/ *Hunter Pyle*_____
                                            Hunter Pyle

17                                    HUNTER PYLE, SBN 191125
                                      RACHEL EVANS, SBN 291876
                                      **SUNDEEN SALINAS & PYLE**
18                                    428 Thirteenth Street, Eighth Floor
                                      Oakland, California 94612
19                                    Telephone:  (510) 663-9240
                                      Facsimile:   (510) 663-9241
20                                    hpyle@ssrplaw.com; revans@ssrplaw.com

22                                    *Attorneys for Plaintiffs*
                                      Michael A. Russell Jr. and Jonathan Sassani

24 ///
25 ///
26 ///
27 ///

28                                         **1**                Case No. 3:15-cv-03173-EMC
     SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT

090725.02388/101731476v.1

| | | |
|---|---|---|
| Dated: December 10, 2015 | BLANK ROME LLP | |
| | By: | /s/ *Caroline Donelan* |
| | | Michael L. Ludwig |
| | | Caroline P. Donelan |
| | | 2029 Century Park East, 6th Floor |
| | | Los Angeles, CA 90067 |
| | | Telephone:    424.239.3400 |
| | | Facsimile:    424.239.3434 |
| | | Ludwig@BlankRome.com |
| | | CDonelan@BlankRome.com |

Anthony B. Haller (*pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: 215.569.5690
Facsimile: 215.832.5690
Haller@BlankRome.com

*Attorneys for Defendants,*
DePuy Synthes Sales, Inc.,
Johnson & Johnson Services, Inc.,
Synthes, Inc., and Synthes USA Sales, LLC

```
IT IS SO ORDERED that the CMC is reset
from 12/17/15 to 1/28/16 at 9:30 A.M.
An updated joint CMC Statement shall
be filed by 1/21/16.  The 1/28/16 CMC
will be vacated once a stipulation
for dismissal is filed.
_____
Edward M. Chen
U. S. District Judge
```

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

**2**     Case No. 3:15-cv-03173-EMC
SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT

090725.02388/101731476v.1