1  HUNTER PYLE, SBN 191125
2  RACHEL EVANS, SBN 291876
   **SUNDEEN SALINAS & PYLE**
3  428 Thirteenth Street, Eighth Floor
   Oakland, California 94612
4  Telephone:(510) 663-9240
   Facsimile: (510) 663-9241
5  hpyle@ssrplaw.com; revans@ssrplaw.com

6  *Attorneys for Plaintiffs*
7  Michael A. Russell Jr. and Jonathan Sassani

8
   *Additional Counsel Listed Below*
9

10

11                      **UNITED STATES DISTRICT COURT**

12                      **NORTHERN DISTRICT OF CALIFORNIA**

13 | MICHAEL A. RUSSELL JR. and JONATHAN SASSANI, | Case No. 3:15-cv-03173-EMC |
14 |                                              |                             |
15 |            Plaintiffs,                       | **STIPULATION FOR ENTRY OF JUDGMENT AND [PROPOSED] ORDER** |
16 |      v.                                     |                             |
17 | SYNTHES, INC.; DEPUY SYNTHES SALES, INC.; JOHNSON & JOHNSON SERVICES, INC.; and SYNTHES USA SALES, LLC, | Date: **January 28, 2016**
Time: **9:30 a.m.**
Location: **Courtroom 5, 17th Floor
450 Golden Gate Avenue
San Francisco, California**
Judge: **Hon. Edward M. Chen** |
18
19
20 |            Defendants.                       |                             |
21 |                                              | Action Filed: June 8, 2015 |

22

23

24

25

26

27

28                                                                Case No. 3:15-cv-03173-EMC
   STIPULATION FOR ENTRY OF JUDGMENT AND [PROPOSED] ORDER

**BLANK ROME LLP**
Michael L. Ludwig (SBN 173850)
Ludwig@BlankRome.com
Caroline P. Donelan (SBN 268762)
CDonelan@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

**BLANK ROME LLP**
Anthony B. Haller (*pro hac vice*)
Haller@BlankRome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: 215.569.5690
Facsimile: 215.832.5690

*Attorneys for Defendants*
Synthes, Inc.; Depuy Synthes Sales, Inc.;
Johnson & Johnson Services, Inc.; and Synthes USA Sales, LLC

**STIPULATION**

Plaintiffs Michael A. Russell Jr. and Jonathan Sassani ( "Plaintiffs") and Defendants Synthes, Inc.; DePuy Synthes Sales, Inc.; Johnson & Johnson Services, Inc.; and Synthes USA Sales, LLC ( "Defendants"), by and through their counsel of record, hereby jointly stipulate and agree as follows:

WHEREAS, a full and final settlement of the above-entitled action has been entered and agreed to by all parties.

WHEREAS, Defendants presented both Plaintiffs with Offers of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated November 5, 2015. Plaintiffs each filed a separate "Notice of Acceptance" of Defendants' Rule 68 Offers of Judgment on November 23, 2015.

WHEREAS, the Parties have reached a mutual agreement regarding the payment of Plaintiffs' attorneys' fees and costs.

IT IS HEREBY STIPULATED AND AGREED THAT:

1. Judgment shall be entered in favor of Plaintiff Michael A. Russell, Jr. and against all Defendants pursuant to Defendants' Rule 68 Offer of Judgment accepted by Plaintiff Michael A. Russell, Jr. on November 23, 2015.

2. Judgment shall be entered in favor of Plaintiff Jonathan Sassani and against all Defendants pursuant to Defendants' Rule 68 Offer of Judgment accepted by Plaintiff Jonathan Sassani on November 23, 2015.

3. Defendants shall pay Plaintiffs' counsel reasonable attorneys' fees and costs in the amount mutually agreed upon by the Parties.

4. This judgment shall be binding upon the parties, their successors and assigns.

5. The Court shall retain jurisdiction of this case for purposes of enforcement of the Stipulated Judgment.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: December 29, 2015 | SUNDEEN SALINAS & PYLE |

By:  /s/: Hunter Pyle
     Hunter Pyle

HUNTER PYLE, SBN 191125
RACHEL EVANS, SBN 291876
**SUNDEEN SALINAS & PYLE**
428 Thirteenth Street, Eighth Floor
Oakland, California 94612
Telephone:  (510) 663-9240
Facsimile:   (510) 663-9241
hpyle@ssrplaw.com; revans@ssrplaw.com

*Attorneys for Plaintiffs*
Michael A. Russell Jr. and Jonathan Sassani

Dated: December 29, 2015          BLANK ROME LLP

By:  /s/: Michael L. Ludwig
Michael L. Ludwig
Caroline P. Donelan
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile:   424.239.3434
Ludwig@BlankRome.com
CDonelan@BlankRome.com

Anthony B. Haller (pro hac vice)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: 215.569.5690
Facsimile: 215.832.5690
Haller@BlankRome.com

*Attorneys for Defendants,*
DePuy Synthes Sales, Inc.,
Johnson & Johnson Services, Inc.,
Synthes, Inc., and Synthes USA Sales, LLC

**2**    Case No. 3:15-cv-03173-EMC
STIPULATION FOR ENTRY OF JUDGMENT AND [PROPOSED] ORDER

# [PROPOSED] ORDER

This Court, having read the Stipulated Judgment of the Parties, and good cause appearing, hereby ORDERS THAT that the terms of the above stipulation are approved and adopted as the order of the Court as if set forth in full herein. The Clerk of the Court is directed to enter final judgment in this matter.

**IT IS SO ORDERED.**

Date: ___1/5/2016_____



_____
HON. EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen